ACCEPTED
12-14-00201-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/27/2015 10:59:24 AM
CATHY LUSK
CLERK

## NO. 12-14-00201-CR

### IN THE

### COURT OF APPEALS

### TWELFTH COURT OF APPEALS DISTRICT

### TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/27/2015 10:59:24 AM
CATHY S. LUSK
Clerk

---

### THE STATE OF TEXAS, Appellant

### VS.

### CEDRICK LEWIS, Appellee

### STATE'S MOTION FOR LEAVE TO FILE STATE'S BRIEF

### TO THE HONORABLE JUDGES OF SAID COURT:

**COMES NOW**, the State of Texas by and through her 1st Assistant Criminal District Attorney, Scott C. Holden, and hereby requests for a leave to file the State's Brief and in support of same would show the court as follows:

1. The State's Brief in this case number was due on March 20, 2015.

2. The State failed to file its brief in a timely manner.

   The undersigned is requesting leave to file the State's brief.

   The undersigned is not seeking this leave for the purposes of delay.

**WHEREFORE**, for the foregoing reasons, the State respectfully prays that this Honorable Court accepts the filing of the State's brief.

Respectfully submitted,

**SCOTT C. HOLDEN, 1ˢᵗ ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET, RM 38**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24036795**

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Leave to File State's

Brief has been sent by fax to Phil Fletcher, Attorney for Appellant.

**SCOTT C. HOLDEN, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET, RM 38
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795**

| THE STATE OF TEXAS | § |
| --- | --- |
| | § |
| COUNTY OF ANDERSON | § |

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **SCOTT C. HOLDEN** who states on oath that the facts contained in the State's Motion for Leave to File State's Brief in The State of Texas vs. Cedrick Lewis, (Trial Court Cause No. 31189 in the Third Judicial District Court of Anderson County, Case No. **12-14-00201-CR** in the Twelfth Court of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

**SCOTT C. HOLDEN, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795**

Given under my hand and seal of office this the 27nd day of May, 2015.

**NOTARY PUBLIC
FOR THE STATE OF TEXAS
COUNTY OF ANDERSON**

BILLIE J. YATES
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
11-13-2018